Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | | |
|---|---|---|
| PACKET TREAD LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 8:17-cv-03069-EAK-MAP<br><br>**NOTICE OF VOLUNATRY DISMISSAL** |

Plaintiff, PACKET TREAD LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice, with both parties to bear their own attorneys' fees and costs.

**DATED** on February 15, 2018

Respectfully submitted,

WATSON LLP

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288

California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar. No. 0105621
Email: leia@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
PACKET TREAD LLC